UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11043-GAO

SANTANDER HOLDINGS USA, INC. & SUBSIDIARIES,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

ORDER
August 19, 2011

O'TOOLE, D.J.

Upon review of the parties' submissions and a hearing on the matter, the plaintiff's Motion for Protective Order, or in the Alternative, Motion to Quash Subpoena, to Preclude Production of SATURN Documents from Third-Party KPMG (dkt. no. 52) is GRANTED in part. The plaintiff has demonstrated good cause for an order limiting SATURN-related discovery with respect to third-party KPMG. See Fed. R. Civ. P. 26(c). The portions of the subpoena issued to KPMG, dated June 29, 2010, relating to SATURN documents are hereby quashed.

Additionally, the plaintiff's Assented-To Motion for Leave to Amend Complaint (dkt. no. 70) is GRANTED.

It is SO ORDERED.

   /s/ George A. O'Toole, Jr.
United States District Judge