UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANTANDER HOLDINGS USA, INC., *et al.,* | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 09-cv-11043 |
| | ) | |
| v. | ) | Hon. George A. O'Toole, Jr. |
| | ) | |
| UNITES STATES OF AMERICA, | ) | March 30, 2012 |
| | ) | |
| Defendant. | ) | |

**WITHDRAWAL OF APPEARANCE OF GREGORY L. JONES**

Notice is hereby given that Gregory L. Jones no longer represents the defendant United States of America in this case, and his appearance in this case should be withdrawn.

Respectfully submitted,

Dated: March 30, 2012            CARMEN MILAGROS ORTIZ
                                 United States Attorney

                                 s/ *Gregory L. Jones*
                                 DENNIS M. DONOHUE
                                 Chief Senior Litigation Counsel
                                 JOHN L. SCHOENECKER
                                 GREGORY L. JONES
                                 Trial Attorneys, Tax Division
                                 U.S. Department of Justice
                                 P.O. Box 55, Ben Franklin Station
                                 Washington, D.C. 20044-0055
                                 Telephone:   (202) 307-6492 (DMD)
                                              (202) 307-6573 (JLS)
                                              (202) 305-3254 (GLJ)
                                 Facsimile:   (202) 307-2504 (DMD)
                                              (202) 514-5238 (JLS)
                                              (202) 514-4963 (GLJ )
                                 Email:       Dennis.Donohue@usdoj.gov
                                              John.L.Schoenecker@usdoj.gov
                                              Gregory.L.Jones@usdoj.gov

ALAN S. KLINE
Special Attorney, Tax Division
U.S. Department of Justice
33 Maiden Lane
12th Floor
New York, New York 10038
Telephone:     (917) 421-4627
Facsimile:            (917) 421-4821
Email:                  Alan.S.Kline2@irscounsel.treas.gov

## CERTIFICATE OF SERVICE

  I CERTIFY that the foregoing WITHDRAWAL OF APPEARANCE OF GREGORY L. JONES, which has been filed through this Court's ECF system, was served this 30th day of March, 2012, on those individuals registered to receive filings for the above-listed action by way of this Court's CM/ECF system.

               s/*Gregory L. Jones*
               GREGORY L. JONES
               Trial Attorney, Tax Division
               U.S. Department of Justice

Case 1:09-cv-11043-GAO   Document 103   Filed 03/30/12   Page 4 of 4