UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANTANDER HOLDINGS USA, INC., *et al.,* | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 09-cv-11043 |
| | ) | |
| v. | ) | Hon. George A. O'Toole, Jr. |
| | ) | |
| UNITES STATES OF AMERICA, | ) | April 3, 2012 |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE OF COUNSEL ON BEHALF OF THE UNITED STATES**

PLEASE TAKE NOTICE that Kari M. Larson is entering her appearance as counsel for the United States in the above-captioned matter.

                                        Respectfully submitted April 3, 2012.

                                        /s/Kari M. Larson
                                        KARI MADRENE LARSON
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 683
                                        Ben Franklin Station
                                        Washington, D.C.  20044-0683
                                        Telephone: 202-616-3822
                                        Fax: 202-307-0054
                                        Kari.M.Larson@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 3, 2012.

                /s/Kari M. Larson
                KARI MADRENE LARSON
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 683
                Ben Franklin Station
                Washington, D.C.  20044-0683
                Telephone: 202-616-3822
                Fax: 202-307-0054
                Kari.M.Larson@usdoj.gov