**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SANTANDER HOLDINGS USA, INC. & SUBSIDIARIES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 09-cv-11043 <br> ) <br> ) Hon. George A. O'Toole, Jr. <br> ) <br> ) July 19, 2012 <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE SCHEDULED FOR JULY 23, 2012 AT 2:00PM

Plaintiff Santander Holdings USA, Inc. and Defendant United States of America jointly move this Court to continue the Status Conference scheduled for Monday, July 23, 2012 at 2:00pm to Monday, July 30, 2012 at 2:00pm.

In support hereof, the parties state that a one week adjournment will address certain scheduling difficulties and allow the parties to be fully prepared to address a number of pretrial issues at the status conference.

WHEREFORE, the parties jointly request that this Court continue the Status Conference as requested above.

//

//

//

//

//

//

Respectfully submitted this 19th day of July 2012.

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| */s/ Rajiv Madan* | /s/ *Dennis M. Donohue* |
| Rajiv Madan, D.C. Bar #463317 | DENNIS M. DONOHUE (OH Bar #0026504) |
| John Magee, D.C. Bar #931139 | Chief Senior Litigation Counsel |
| Christopher Bowers, D.C. Bar #468117 | JOHN L. SCHOENECKER (D.C. Bar #496720) |
| Christopher Murphy, D.C. Bar # 500886 | KARI M. LARSON (D.C. Bar #466743) |
| Nathan P. Wacker, D.C. Bar # 1004278 | Trial Attorneys, Tax Division |
| BINGHAM MCCUTCHEN LLP | U.S. Department of Justice |
| 2020 K Street, N.W. | P.O. Box 55, Ben Franklin Station |
| Washington, D.C. 20006 | Washington, D.C. 20044-0055 |
| Facsimile: (202) 373-6001 | Telephone: (202) 307-6492 (DMD) |
| | (202) 307-6573 (JLS) |
| Email: raj.madan@bingham.com | (202) 616-3822 (KML) |
| john.magee@bingham.com | Facsimile: (202) 307-2504 (DMD) |
| chris.bowers@bingham.com | (202) 514-5238 (JLS) |
| christopher.murphy@bingham.com | (202) 307 0054 (KML) |
| nathan.wacker@bingham.com | Email: Dennis.Donohue@usdoj.gov |
| | John.L.Schoenecker@usdoj.gov |
| James C. McGrath, BBO #564731 | Kari.M.Larson@usdoj.gov |
| Deana K. El-Mallawany, BBO #674825 | |
| BINGHAM MCCUTCHEN LLP | ALAN S. KLINE (PA Bar #53095) |
| One Federal Street | Special Attorney, Tax Division |
| Boston, MA 02110-1726 | U.S. Department of Justice |
| Telephone: (617) 951-8000 | 33 Maiden Lane, 12th Floor |
| Facsimile: (617) 345-8736 | New York, New York 10038 |
| Email: james.mcgrath@bingham.com | Telephone: (917) 421-4627 |
| deana.el-mallawany@bingham.com | Facsimile: (917) 421-4821 |
| | Email: Alan.S.KLine2@irscounsel.treas.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 19, 2012.

                                        */s/ Rajiv Madan*
                                        Rajiv Madan, D.C. Bar #463317
                                        BINGHAM MCCUTCHEN LLP
                                        2020 K Street, N.W.
                                        Washington, D.C. 20006
                                        Telephone: (202) 373-6000
                                        Facsimile: (202) 373-6001
                                        Email: raj.madan@bingham.com