**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SANTANDER HOLDINGS USA, INC. & SUBSIDIARIES, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No. 09-cv-11043<br><br>Hon. George A. O'Toole, Jr.<br><br>August 25, 2017 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING PENALTIES**

Plaintiff Santander Holdings USA, Inc. (formerly Sovereign Bancorp, Inc. and hereinafter "Sovereign"), hereby moves pursuant to Fed. R. Civ. P. 56 for summary judgment that, as a matter of law, Sovereign cannot be subject to the negligence or substantial understatement penalties. As described in the attached memorandum of law, Sovereign satisfies defenses to both the negligence and substantial understatement penalties.

WHEREFORE, Sovereign respectfully requests entry of an order granting summary judgment that Sovereign cannot be subject to the negligence or substantial understatement penalties.

Respectfully submitted this 25th day of August, 2017.

COUNSEL FOR PLAINTIFF

*/s/ Rajiv Madan*
Rajiv Madan, D.C. Bar #463317
Christopher Bowers, D.C. Bar #468117
Royce Tidwell, D.C. Bar #986763
Christopher Murphy, D.C. Bar #500886
Nathan Wacker, D.C. Bar #1004278
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, D.C. 20005
Telephone:  (202) 371-7000
Facsimile:  (202) 393-5760
Email:  raj.madan@skadden.com
       chris.bowers@skadden.com
       royce.tidwell@skadden.com
       christopher.murphy@skadden.com
       nathan.wacker@skadden.com

JONATHAN S. MASSEY
Massey & Gail LLP
1325 G Street, N.W., Suite 500
Washington, DC 20005
Telephone: (202) 652-4511
Email: jmassey@masseygail.com

LEONARD A. GAIL
PAUL J. BERKS
Massey & Gail LLP
50 E. Washington St., Suite 400
Chicago, IL 60602
Telephone: (312) 379-0469
Email: lgail@masseygail.com
       pberks@masseygail.com

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the United States represented during the Status Conference on July 17, 2017, that the United States opposes this motion.

/s/ *Rajiv Madan*
Rajiv Madan, D.C. Bar #463317
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, D.C. 20005
Telephone: (202) 371-7020
Facsimile: (202) 661-9020
Email: raj.madan@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2017.

*/s/ Rajiv Madan*
Rajiv Madan, D.C. Bar #463317
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, D.C. 20005
Telephone:  (202) 371-7020
Facsimile:  (202) 661-9020
Email: raj.madan@skadden.com